IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VIANEY ESPERICUETA RODRIGUEZ,<br><br>　　　　　Defendant. | 4:19-CR-3024<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 53) is granted.

2. Defendant Vianey Espericueta Rodriguez's sentencing is continued to July 10, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of June, 2020.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge